Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TODD, RUSSELL B | ) | |
| TODD, GERALDINE R | ) | No. 10-40990-PHX-RTB |
| | ) | |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S SALE |
| | ) | |
| Debtor(s) | ) | |

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on April 29, 2011 at 8:30 a.m. at 230 N. 1st Ave Ste 102 Phoenix, Arizona.

Property to be sold: The Estate's interest in the Debtors' one half interest in the mineral and royalty interests set forth in the attached Exhibit A.

Purchase price: $4,050.00

Terms of Sale: Cash or Cashier's Check

To: Kenneth Dorband or to any person making a higher and better offer.

The sale will be free and clear of all liens.

The property may be viewed at the following place and time: Contact Trustee

There is not an appraisal of the property.

The Property will be sold "as is, where is" with no warranties or representations made or implied. Prospective purchasers are encouraged to personally inspect and perform their own due diligence of the property being sold. All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption. Buyer will be responsible for all costs of sale, including transportation costs.

Any person opposing the sale shall file a written objections on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 230 N. First Ave., Phoenix, AZ 85003 and mailed to the trustee, Maureen Gaughan, at the following address: PO Box 6729, Chandler, AZ 85246-6729.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

/s/ Maureen Gaughan
Maureen Gaughan, Trustee

# This Indenture,

Made the [illegible] day of [illegible] Nineteen Hundred and Ninety

RECORDED 92 MAR 26 [illegible]

[illegible] Todd residing at [illegible] Webster N. Y. [illegible], individually, and [illegible] Todd, as surviving spouse of Gertrude B. Todd, deceased [illegible]

part y of the first part, and

Patricia [illegible] residing at [illegible] Drive Webster [illegible] and Russell B. Todd residing at [illegible] North [illegible] Street [illegible] Arizona [illegible]

part ies of the second part,

Witnesseth that the part y of the first part, in consideration of [illegible] Dollar ($ [illegible]) lawful money of the United States, [illegible] consideration by the part ies of the second part, do es hereby grant and release unto the part ies of the second part, their heirs and assigns forever, all

[illegible] of the oil, gas, coal and other minerals or mineral rights, [illegible] gas storage rights, whether metallic or nonmetallic, in and under lands described herein, with the perpetual right of ingress and egress to and from said land for the purpose of drilling, exploring, storing and mining and in every way operating for such minerals and removing the same.

All that certain, piece, parcel or tract of land situated in the Township of Brookfield, in the County of Tioga and State of Pennsylvania, bounded and described as follows:

BOUNDED on the North by the public highway

On the East by lands now or formerly of [illegible] and Daisy M. Miller.

On the South by lands now or formerly of [illegible] and [illegible] Thomas

On the West by lands now or formerly of [illegible]

Containing 100 acres more or less.

Being the same premises conveyed by Gertrude B. Todd and Russell W. Todd, [illegible] to Otto Bates and Myrtle [illegible] by deed dated April 25, [illegible] and recorded in Liber 203 at page [illegible] in the Recorder's Office of Tioga County.

Certificate of Residence

I hereby certify that the precise address of the grantees is as follows:

Russell B. Todd [illegible] North [illegible] Street Cave Creek Arizona 85331

Patricia [illegible] [illegible] Drive Webster N. Y. [illegible]

A. Roger Clarke Esq.

Attorney for grantees

This transaction is between parent and children.

[illegible] 0560-60158

---

Together with the appurtenances and all the estate and rights of the part y of the first part in and to said premises, Mineral Rights

To have and to hold the premises herein granted unto the part ies of the second part, their heirs and assigns forever.

And said part y of the first part covenant as follows:

First. That the part ies of the second part shall quietly enjoy the said premises;

Second. That said part y of the first part will forever Warrant the title to said premises Mineral Rights

Third. That, in Compliance with Sec. 13 of the Lien Law, the grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

In Witness Whereof, the part y of the first part ha s hereunto set his hand and seal the day and year first above written.

In Presence of

Russell W. Todd individually and as Executor of the Estate of Gertrude B. Todd

State of New York, County of [illegible] ss.: On the [illegible] day of May Nineteen Hundred and Ninety before me, the subscriber, personally appeared Russell W. Todd to me personally known and known to me to be the same person described in and who executed the within Instrument, and he acknowledged to me that he executed the same.

Notary Public

State of New York, County of [illegible] ss.: On this [illegible] day of [illegible] Nineteen Hundred and [illegible] before me, the subscriber, personally appeared [illegible] to me personally known and known to me to be the same person described in and who executed the within Instrument, and he acknowledged to me that he executed the same.

ALFRED ROGER CLARKE, Notary Public

Notary Public

STATE OF PENNSYLVANIA, COUNTY OF TIOGA SS

Recorded in the Recorder's Office for said County, in Deed Book No. 520 page 59 the 26 day of March 1992

Witness my hand and Official Seal

Recorder

Deed

Russell W. Todd

TO

A. ROGER CLARKE Esq.

0560-60161

---

**NOVUS Operating, LLC**
721 Justin Road, Suite 101
Rockwall, TX 75087

JP Morgan Chase, N.A.
www.Chase.com

5916

Pay Eighty-seven dollars and 39 cents

| DATE | AMOUNT |
| --- | --- |
| 01/12/2011 | $**87.39** |

To The Order Of

Russell B. Todd
10925 West Sequoia Drive
Sun City, AZ 85373

⑈00005916⑈ ⑆111000614⑆ ⑈811196617⑈

From: NOVUS Operating, LLC

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
| --- | --- | --- | --- | --- | --- | --- |
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 10/2010 | GAS | $/MCF:4.10 | 988.54 /12.14 | Gas Sales | 4,051.92 | 49.75 |
| | Roy NRI | 0.01227775 | | Net Income | 4,051.92 | 49.75 |
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 11/2010 | GAS | $/MCF:3.51 | 868.37 /10.66 | Gas Sales | 3,063.72 | 37.64 |
| | Roy NRI | 0.01227775 | | Net Income | 3,063.72 | 37.64 |

For inquiries about your account, please call Terese Rigono at (469) 721-2046

| Owner# | Check#/Date | Gross Revenue | Working | Royalty | Deductions | Withholding | Pmt Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TODRUS | 5916 | Check Totals | | 87.39 | | | 87.39 |
| | 01/12/2011 | 2011 Totals | | 87.39 | | | 87.39 |

---

**VICTORY ENERGY CORPORATION**

[illegible]

Dear Rose, I already paid the taxes that were due on [illegible]

This is the copy for your records.

Exhibit A

Exhibit A



# VICTORY ENERGY CORPORATION

220 Airport Road
Indiana, PA 15701

Telephone (724) 349-6366
Fax: (724) 349-6649

E-Mail: victory@victoryenergycorp.com

December 2, 2008

Russell B Todd
10925 West Sequoia Drive
Sun City, Arizona 85373

RE Gas Well Royalty Division
Brookfield Unit # 1 well

Dear Mr Todd

Victory Energy Corporation began drilling the Brookfield #1 natural gas well on August 6, 2008 This well is located in Brookfield Township, Tioga County, Pennsylvania. The Commonwealth of Pennsylvania permitted the well to include 320 acres surrounding the well – referred to as the "well unit." The gas well was permitted for drilling to penetrate the Oriskany gas formation, which is located approximately 5,000 feet below the surface After carefully reviewing the well logs for this well, it was determined that a formation above the Oriskany had greater developmental potential than the Oriskany. Therefore, the decision has been made to complete the Marcellus formation rather than the Oriskany formation

The Brookfield #1 well will be completed once we receive a water usage permit from the Susquehanna River Basin Commission (SRBC), as required by law for completion of the Marcellus formation. Presently, the average time required to obtain these permits is approximately six (6) months However, the commission is meeting this month to act upon proposed changes to these permit requirements. We will update you at a later date on the outcome of this meeting and how it will affect the Brookfield # 1 well completion

In the meantime, a portion of your property has been included in this "well unit." Therefore, upon completion of a successful well, you will be entitled to receive royalty distributions. These distribution's, are based on the proceeds collected from the sale of the gas from the Brookfield #1 well once production begins. Your percentage of the distribution is based upon the proportionate amount of acreage you own in the total "well unit." Please review the attached "well unit" information for further clarification.

Victory Energy Corporation will be drilling additional natural gas wells in the area In each instance, "well units" will be established. The landowners in each unit will be paid royalty distributions based upon their ownership in the unit.

Thank you for your cooperation in leasing your property with Victory Energy Corporation. We here at Victory are looking forward to a successful well completion and many years of "royalty distributions" from the Brookfield #1 well.

Sincerely,

Lynn A. Doverspike
President/Owner

Enclosures

VICTORY ENERGY CORPORATION

03-01.00-0841A
3-1-428
3-2-1
3-2-7A
3-2-5A
3-1-42A
3-1-42
Brookfield 1
03-01.00-041
3-2-3
3-2-7A
3-2-4D
3-2-4E
3-2-4
3-02.00-004C

Brookfield #1

Brookfield 1 Unit (Total 320.00 acres)
Milne / Todd Property that is in Unit (86.72 Acres)

Scale
1"=1000'
MWA 9/3/2008

# UNIT OPERATION DESIGNATION

## BROOKFIELD UNIT # 1

Between:

Brookfield Properties; Susan Geist;
Timothy Shreiner, Etal; Patricia Milne Etal;
and Daryl Heller

and

Victory Energy Corporation
220 Airport Road
Indiana, Pennsylvania, 15701

DATE: November 15, 2008
TOWNSHIP: Brookfield
COUNTY: Tioga

## UNIT OPERATION DESIGNATION

WHEREAS, Brookfield Properties of 16 East Brubaker Valley Road, Lititz, Pennsylvania, 17543, Susan Geist of 180 North Street, Westfield, Pennsylvania, 16950, Timothy Shreiner, Kerry Lapp, Gingrich Builders and Ricky Esh of 1846 Krystle Drive, Lancaster, Pennsylvania 17602, Patricia Milne of 104 Hafner Drive, Webster, New York 14580 and Russell Todd of 10925 West Sequoia Drive, Sun City, Arizona 85373 ; Daryl Heller of 16 East Brubaker Valley Road, Lititz, Pennsylvania 17543, or their successors in title, whose names are listed in the attached Exhibit "A" as Lessors, have prior to the date hereof, leased certain tracts of land for oil and gas purposes; and

WHEREAS, VICTORY ENERGY CORPORATION, of 220 Airport Road, Indiana, Pennsylvania, 15701, (hereinafter referred to as Lessee), is the owner as Lessee or Assignee of the Oil and Gas Leases covering the tracts of land described in the leases listed on Exhibit "A", and

WHEREAS, under the provisions of each of the leases listed in Exhibit "A", Lessee has the right and authority to pool and unitize all formations of oil and gas, under all or any part of the land described in said leases with any other lease or leases, land or lands, mineral estates or any of them whether owned by the Lessee or others, so as to create one (1) or more drilling or production units consisting of the combined areas thereof as designated by said Lessee; and

WHEREAS, said leases provide that upon exercising said right and authority there shall be executed and filed for record in the county wherein the leased premises are located, a copy of the Unit Operation Designation.

NOW THEREFORE, Lessee has elected to pool and unitize all formations of oil and gas, in and under all or a portion of the leases listed in Exhibit "A", which is attached hereto and made a part hereof, into a drilling or production unit, wherein the leases or portions thereof combined into such a unit are designated by reference to name or title of unit, formation, county and state, lease number, date of lease, name and Lessor of farm, township, recorder's book volume and page, leased acreage, and unitized acreage

IN WITNESS WHEREOF, Lessee has caused the due execution of this instrument as a formal declaration and designation that leases listed and described in the attached Exhibit "A" as to the respective tracts or portions thereof pooled or unitized, and as to the oil and gas in the formations named, are hereby combined, pooled, and unitized, so as to create one (1) drilling or production unit, as such term is used in said leases, this 15th day of November, 2008.

## UNIT OPERATION DESIGNATION

## BROOKFIELD UNIT # 1

## EXHIBIT "A"

ALL FORMATIONS OF OIL AND GAS, BROOKFIELD TOWNSHIP, TIOGA COUNTY, PENNSYLVANIA.

(Unitized acreage is subject to revision by Lessee to conform to title information and exercise by Lessee of its authority to increase or to decrease the portion of leased acreage included in the unit or to exclude it altogether.)

| LESSOR | RECORDING DATA | LEASED ACREAGE | ACREAGE IN UNIT | PERCENT OF UNIT |
|---|---|---|---|---|
| Brookfield Properties | 0745-0217 | 178.20 | 178.22 | 55.69% |
| Susan Geist | 0766-6261 | 35.50 | 25.90 | 8.09% |
| Timothy Shreiner, Etal | 0766-2950 | 144.07 | 25.16 | 7.86% |
| Patricia Milne<br>Russell Todd | 0766-8800<br>0766-8805 | 108.00 | 86.72 | 27.10% |
| Daryl Heller | 0779-7660 | 4.00 | 4.00 | 1.25% |
| **TOTAL ACREAGE IN UNIT:** | | | 320.00 | 100.00% |

ATTEST: VICTORY ENERGY CORPORATION

Cheryl E. Miller, Secretary/Treasurer

Lynn A. Doverspike, President

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF INDIANA :

On this, the 2nd day of December, 2008, before me, a Notary Public, personally appeared LYNN A. DOVERSPIKE, who acknowledged himself to be the President of VICTORY ENERGY CORPORATION, a corporation, and that as such president, being fully authorized to do so, he executed the foregoing instrument for the corporation for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NANCY J. LOCKARD, NOTARY PUBLIC
WHITE TOWNSHIP, INDIANA COUNTY
MY COMMISSION EXPIRES OCT. 23, 2009

Notary Public

From NOVUS OPERATING LLC
721 Justin Road, Suite 101
Rockwall, TX 75087

To (TODRUS) RUSSELL B. TODD

Page 1

## 2010 1099-MISC Supporting Schedule

Check Summary:

| Check Date | Check # | 1099-Misc Boxes: Box 7 Working Int | Box 2 Royalty Int | Box 4 Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|---|
| [illegible] | 5471 | 0.00 | 309.11 | 0.00 | 0.00 | 0.00 | 0.00 | 309.11 |
| [illegible] | 5777 | 0.00 | 56.49 | 0.00 | 0.00 | 0.00 | 0.00 | 56.49 |

Property Summary:

| Property | Working Int | Royalty Int | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|
| BROFLD - Brookfield | 0.00 | 365.60 | 0.00 | 0.00 | 0.00 | 0.00 | 365.60 |

State Totals

| State | Working Int | Royalty Int | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|
| PA | 0.00 | 365.60 | 0.00 | 0.00 | 0.00 | 0.00 | 365.60 |

IRS Totals

| | 1099-Misc Boxes: Box 7 Working Int | Box 2 Royalty Int | Box 4 Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|
| Reported on 1099-MISC | 0.00 | 365.60 | 0.00 | 0.00 | 0.00 | 0.00 | 365.60 |

For inquiries about your account, please call [illegible] at (469) 721-2046

NOVUS OPERATING LLC
721 Justin Road, Suite 101
Rockwall, TX 75087

IMPORTANT TAX RETURN DOCUMENT ENCLOSED

RUSSELL B. TODD
10925 WEST SEQUOIA DRIVE
SUN CITY, AZ 85373

Instructions for Recipients

See attached for Revenue Supporting Schedule

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.: NOVUS OPERATING LLC, 721 Justin Road, Suite 101, Rockwall, TX 75087, (469) 721-2046

2010 Form 1099-MISC — Miscellaneous Income

2 Royalties $ 365.60

Copy B For Recipient

PAYER'S Federal identification number: 26-3051334

RECIPIENT'S identification number: [redacted]

RECIPIENT'S name: RUSSELL B. TODD

Street address (including apt. no.): 10925 WEST SEQUOIA DRIVE

City, state, and ZIP code: SUN CITY, AZ 85373

Account number (see instructions): TODRUS

600105900300002310100000000000000000000000000062400000906 9

| 2010 SCHOOL REAL ESTATE<br>Northern Tioga School District | Installment 2 | | | 003 — 000231 |
|---|---|---|---|---|
| Make Checks Payable To: Northern Tioga School District (814) 258-5644 ext 1021<br>Mail Payment To: Northern Tioga School District RE Taxes PO Box 262 Wellsboro PA 16901 | MILNE, PATRICIA & RUSSELL TODD<br>104 HEFNER DRIVE<br>WEBSTER NY 14580<br>Parcel: 03-99.00-000-...003<br>Control: 003 — 1232 | PAY THIS AMOUNT | Face 8.24<br>By 09/30/2010 | Penalty 9.06<br>After 09/30/2010 |

600105900300002310100000000000000000000000000062400000906 9

4 59 Real Estate Tray: 17 Bndle: 17 Sort: 8032

**Tax Payer Copy** (Please Keep for Your Records) 07/01/2010

010 SCHOOL REAL ESTATE — Northern Tioga School District — 003 — 000231

| Tax Collector | Tax Description | Assessment | Exemptions | Rate | Face |
|---|---|---|---|---|---|
| Northern Tioga School District (814) 258-5644 ext 1021 | School Real Estate | 1620 | | 15.259 | 24.72 |

Mail Payment To:
Northern Tioga School District RE Taxes
PO Box 262
Wellsboro PA 16901

Taxes are due and payable. Prompt payment is requested.

MILNE, PATRICIA & RUSSELL TODD
104 HEFNER DRIVE
WEBSTER NY 14580

Control: 003 — 1232
03-99.00-000-...003
Deeded Acres: 108.00
MINERAL RIGHTS

| PAY THIS AMOUNT | Discount | At Face | Penalty |
|---|---|---|---|
| | 24.23 | 24.72 | 27.19 |
| | 07/01/10 - 08/31/10 | 09/01/10 - 10/31/10 | 11/01/10 - 12/31/10 |

Last Day to Pay: 12/31/2010

The homestead exclusion is the lesser of the homestead assessment or $920.
The farmstead exclusion is the lesser of the farmstead assessment or $920.

Taxes are due and payable. Prompt payment is requested.
If you desire a receipt, enclose a self-addressed, stamped envelope.
Call [illegible]

UNPAID REAL ESTATE TAXES WILL BE RETURNED TO TAX CLAIMS BUREAU 12/31/10

Only certified checks and money orders will be accepted after December 15.

# Payment Receipt

Northern Tioga School District

Date: 07/08/2010 Receipt #: 2010-0000442
Municipality: BROOKFIELD TOWNSHIP Account: R590300001232
Tax: Real Estate Real Estate Bill #: 000231
Received: 24.23 by # LOCKBOX

MILNE PATRICIA & RUSSELL T
104 HEFNER DRIVE
WEBSTER NY 14580-4580

Authorized Signature

PAYABLE TO: JUDITH L METCALF
821 BROOKFIELD ROAD
WESTFIELD, PA 16950
814-367-2535

OFFICE HOURS: APRIL 28, 29 & 30 6PM - 8PM
JUNE 28, 29 & 30 6PM - 8PM
OTHER TIMES BY APPT ONLY - CALL

DESCRIPTION
Control # 03-00001232
03-99.00-000...003 MR
108.00 ACRES
Deed [illegible]

MINERAL RIGHTS -

TAX PAYER: MILNE, PATRICIA & RUSSELL TODD
104 HEFNER DRIVE
WEBSTER, NY 14580

VIEW PROPERTY INFORMATION @ WWW.COURTHOUSEONLINE.COM
CONTROL# [illegible] PASSWORD TIOGA [illegible]
ENCLOSE SELF-ADDRESSED STAMPED ENVELOPE IF RECEIPT IS DESIRED

## REAL ESTATE TAX NOTICE FOR 2010

Bill Date: 03/01/2010 BILL#: 00225
TIOGA COUNTY, PENNSYLVANIA
BROOKFIELD TOWNSHIP

Assessed Values — Land: $1,620 Bldg: $0 Total: $1,620

| TAX DESC | TAX RATE | TAX @ 2% DISCOUNT | TAX AT FACE | TAX @ 10% PENALTY |
|---|---|---|---|---|
| COUNTY | 6.7500 | $10.72 | $10.94 | $12.03 |
| TWP | 1.5000 | $2.38 | $2.43 | $2.67 |
| FIRE | 0.4200 | $0.67 | $0.68 | $0.75 |
| TOTAL TAX PAYABLE | | $13.77 | $14.05 | $15.45 |
| PAY ON OR AFTER | | 03/01/2010 | 05/01/2010 | 07/01/2010 |
| PAY ON OR BEFORE | | 04/30/2010 | 06/30/2010 | |

UNPAID TAXES RETURNED TO TAX CLAIM 12/31/2010 ADDL $15.00 FEE
LAST DAY TO PAY LOCAL TAX COLLECTOR 12/31/2010

TAX COLLECTOR SIGNATURE — DATE PAID — AMOUNT PAID

PAYABLE TO: JUDITH L METCALF
821 BROOKFIELD ROAD
WESTFIELD, PA 16950
814-367-2535

OFFICE HOURS: APRIL 28, 29 & 30 6PM - 8PM
JUNE 28, 29 & 30 6PM - 8PM
OTHER TIMES BY APPT ONLY - CALL

DESCRIPTION
Control # 03-00001232
03-99.00-000...003 MR
108.00 ACRES
Deed [illegible]

MINERAL RIGHTS -

TAX PAYER: MILNE, PATRICIA & RUSSELL TODD
104 HEFNER DRIVE
WEBSTER, NY 14580

VIEW PROPERTY INFORMATION @ WWW.COURTHOUSEONLINE.COM
CONTROL# [illegible] PASSWORD TIOGA [illegible]
ENCLOSE SELF-ADDRESSED STAMPED ENVELOPE IF RECEIPT IS DESIRED

REAL ESTATE TAX NOTICE FOR 2010
Bill Date: 03/01/2010 BILL#: 00225
TIOGA COUNTY, PENNSYLVANIA
BROOKFIELD TOWNSHIP

Assessed Values — Land: $1,620 Bldg: $0 Total: $1,620

| TAX DESC | TAX RATE | TAX @ 2% DISCOUNT | TAX AT FACE | TAX @ 10% PENALTY |
|---|---|---|---|---|
| COUNTY | 6.7500 | $10.72 | $10.94 | $12.03 |
| TWP | 1.5000 | $2.38 | $2.43 | $2.67 |
| FIRE | 0.4200 | $0.67 | $0.68 | $0.75 |
| TOTAL TAX PAYABLE | | $13.77 | $14.05 | $15.45 |
| PAY ON OR AFTER | | 03/01/2010 | 05/01/2010 | 07/01/2010 |
| PAY ON OR BEFORE | | 04/30/2010 | 06/30/2010 | |

UNPAID TAXES RETURNED TO TAX CLAIM 12/31/2010 ADDL $15.00 FEE
LAST DAY TO PAY LOCAL TAX COLLECTOR 12/31/2010

TAX COLLECTOR SIGNATURE 3-4-10 DATE PAID 13.77 AMOUNT PAID

Morgan Chase, N.A.
www.Chase.com

5915

| DATE | AMOUNT |
|---|---|
| 01/12/2011 | $**87.39* |

Put in M+T 1/18/10

⑈6140 ⑆611196617⑈

| | Description | Property Amt | Your Share |
|---|---|---|---|
| 14 | Gas Sales: | 4,051.82 | 49.75 |
| | Net Income: | 4,051.82 | 49.75 |
| 16 | Gas Sales: | 3,063.72 | 37.64 |
| | Net Income: | 3,063.72 | 37.64 |

...ro at (469) 721-2048

| Working | Royalty | Deductions | Withholding | Pmt Amount |
|---|---|---|---|---|
| | 87.39 | | | 87.39 |
| | 87.39 | | | 87.39 |

Put in M+T · 12/10/10

From NOVUS Operating, LLC

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 06/2010 | GAS | $/MCF:4.41 | 3,305.97 /40.59 | Gas Sales: | 14,593.14 | 179.17 |
| | Roy NRI: | 0.01227775 | | Net Income: | 14,593.14 | 179.17 |
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 07/2010 | GAS | $/MCF:4.98 | 1,005.46 /12.34 | Gas Sales: | 5,005.85 | 61.46 |
| | Roy NRI: | 0.01227775 | | Net Income: | 5,005.85 | 61.46 |
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 08/2010 | GAS | $/MCF:5.04 | 1,106.82 /13.59 | Gas Sales: | 5,577.79 | 68.48 |
| | Roy NRI | 0.01227775 | | Net Income: | 5,577.79 | 68.48 |

For inquiries about your account, please call Terese Riquito at (972) 771-6489

| Owner#: | Check#/Date | Gross Revenue | Working | Royalty | Deductions | Withholding | Pmt Amount |
|---|---|---|---|---|---|---|---|
| MILPAT | 5667 | Check Totals: | | 309.11 | | | 309.11 |
| | 10/28/2010 | 2010 Totals: | | 309.11 | | | 309.11 |

NOVUS Operating, LLC
2963 Ruger Drive
Royse City, TX 75189

JP Morgan Chase, N.A.
www.Chase.com

5667

Pay Three hundred nine dollars and 11 cents

| DATE | AMOUNT |
|---|---|
| 10/28/2010 | $**309.11* |

To The Order Of

Patricia Ann Milne
104 Hefner Drive
Webster, NY 14580

⑈0000 5667⑈ ⑆111000614⑆ ⑈611196617⑈

From: NOVUS Operating, LLC

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 06/2010 | GAS | $/MCF:4.41 | 3,305.97 /40.59 | Gas Sales: | 14,593.14 | 179.17 |
| | Roy NRI: | 0.01227775 | | Net Income: | 14,593.14 | 179.17 |
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 07/2010 | GAS | $/MCF:4.98 | 1,005.46 /12.34 | Gas Sales: | 5,005.85 | 61.46 |
| | Roy NRI: | 0.01227775 | | Net Income: | 5,005.85 | 61.46 |
| Property: (BRKFLD) Brookfield 1H County: TIOGA, PA | | | | | | |
| 08/2010 | GAS | $/MCF:5.04 | 1,106.82 /13.59 | Gas Sales: | 5,577.79 | 68.48 |
| | Roy NRI: | 0.01227775 | | Net Income: | 5,577.79 | 68.48 |

For inquiries about your account, please call Terese Riquito at (972) 771-6489

| Owner#: | Check#/Date | Gross Revenue | Working | Royalty | Deductions | Withholding | Pmt Amount |
|---|---|---|---|---|---|---|---|
| MILPAT | 5667 | Check Totals: | | 309.11 | | | 309.11 |
| | 10/28/2010 | 2010 Totals: | | 309.11 | | | 309.11 |

Novus Operating, LLC
2963 Ruger Drive
Royse City, TX 75189-5770

RENTAL RECEIPT

| | |
|---|---|
| PAYEE | Patricia Milne |
| PAYEE ADDRESS | 104 Hefner Drive, Webster, NY 14580 |
| CHECK AMOUNT | $270.00 |
| RENTAL PAY PERIOD | 11/2/2009 thru 11/2/2010 |
| DESCRIPTION | Property Tax Parcel ID #3-2-7A (108 gross / 54 net acres), Brookfield Township, Tioga County, Pennsylvania |
| LEASE NUMBER | 236079 |
| PROSPECT NAME | Brookfield |

Enclosed is our check for the payment of rentals due under an oil and gas lease (leased by Victory Energy Corporation) covering the lands shown above.

Please acknowledge receipt of this payment by signing and dating below and returning same in the envelope provided.

Sincerely yours,

NOVUS OPERATING, LLC

RECEIPT IS HEREBY ACKNOWLEDGED OF THE ABOVE AMOUNT IN PAYMENT OF RENTAL DUE UNDER OIL & GAS LEASE DESCRIBED HEREIN

Patricia Milne

Patricia Milne
Printed Name

10-21-09
Date

Copy

ABOUT NOVUS | WHERE WE EXPLORE | DISCOVERY PROCESS | OUR COMMITMENT | CONTACT

CONTACT

**NOVUS** Exploration, LLC

**CORPORATE OFFICE:**

Novus Exploration, LLC
2963 Ruger Drive
Royse City, Texas 75189

**DRILLING OPERATIONS:**

Novus Operating, LLC
Principal Tony Bellman
Chief Operating Officer
TonyB@novusoperating.com
469.721.3054

**EXPLORATION:**

Novus Exploration, LLC
Principal Bill Baker Jr.
President

# VICTORY ENERGY CORPORATION

220 Airport Road
Indiana, PA 15701

Telephone: (724) 349-6366
Fax: (724) 349-6649

E-Mail: victory@victoryenergycorp.com

August 15, 2009

PATRICIA ANN MILNE
104 HEFNER DRIVE
WEBSTER, NY 14580

RE: Update—Gas Well Development Plans

Dear Landowner (lessor),

This letter is to inform you that we are moving forward and plan to drill additional wells in the Brookfield Township area in the near future. In this regard, I am delighted to report that Victory/Mega Energy has been able to partner with Tenaska and Novus companies to assist with the development process. Tenaska is a large mid-stream company that brings extensive pipeline expertise and financial resources to the effort. Novus brings years of drilling and completion knowledge from its experience with drilling the Barnett Shale formations in Texas. In addition, Tenaska/Novus is currently completing several Marcellus wells in West Virginia. This partnership should allow us to move forward aggressively in drilling and completing wells in your area.

As some of you are aware, we drilled the Brookfield #1 well located on the Brookfield property, along North Road. As an update, please be aware that we have applied for a permit with the Susquehanna River Basin Commission (SRBC) in order to acquire the proper permits to frac the Marcellus formation in the Brookfield #1 well. The permitting process can and has been quite lengthy. However, we feel the permit should be approved in less than a month. When the permits and approvals are in place, the Marcellus fracing process will begin.

Unfortunately, natural gas prices are quite low at the moment. Therefore, the incentive to drill is lessened. However, our goal is to drill several successful wells early in the process in order to pay for the necessary upfront costs. As we drill the area, we also look forward to paying substantial royalties to the landowners involved with these properties. I appreciate the working relationship we have developed through the years and appreciate your confidence and patience as we strive to bring this project to fruition.

Although Victory/Mega Energy will continue to be involved in the development of the natural gas in your area, Tenaska/Novus will help us move the project forward. Tenaska/Novus will assume a leadership role and serve as the operator. These companies have committed extensive resources to this area and it is in their best interests to have solid, productive, successful wells. As you are aware, this is also in your best interests. It will take a team effort to drill the wells, frac the wells and secure the necessary pipeline right-of-ways to transport and produce the natural gas. We need the help and cooperation from all the landowners in the area to make this project a success.

Thank you in advance for your willingness to work with Victory/Mega Energy through the years. I appreciate your confidence and cooperation. I am excited about the future as we all move forward in this new partnership. We are committed to making this a successful project for all of us.

Sincerely,

Victory Energy Corporation

Lynn A. Doverspike
President

# VICTORY ENERGY CORPORATION

220 Airport Road
Indiana, PA 15701

Telephone: (724) 349-6366
Fax: (724) 349-6649

E-Mail: victory@victoryenergycorp.com

February 16, 2009

Patricia Ann Milne
104 Hefner Drive
Webster, NY 14580

RE. DRILLING AND PIPELINE UPDATE

Dear Landowner (Lessor):

The purpose of this correspondence is to provide an update of past and future drilling and development operations in the area of your leasehold. On March 3, 2003, Victory Energy Corporation drilled the Fishel #1 natural gas well which was located in Steuben County, New York near the PA/NY line. Unfortunately, this well was not successful, so we plugged it and continued our efforts to develop gas in the area by drilling the Snyder #1, Hemminger #1 and Retherford #1 wells. They also were unsuccessful (except for the Retherford #1, which produced gas for a few months before going dry). Although we were discouraged with the results, Victory partnered with another company to drill the Cook #1, Carpenter #1, and Zinck #1 wells. The Cook #1 and Carpenter #1 have produced gas over the past several months with the Zinck #1 scheduled to be coming into line in the near future. All these wells are located just across the Pennsylvania line a short distance into New York.

We began drilling the Brookfield #1 well on August 6, 2008, in Tioga County, Brookfield Township, Pennsylvania. We will take the necessary steps to produce the Marcellus Shale formation in this well as soon as we receive the legal approvals from the Department of Environmental Protection (DEP) and the Susquehanna River Basin Commission (SRBC). The SRBC controls water usage for gas well drilling and completion in the region. We are currently in the process of getting approval to transport the water that will be used to complete the well to a water treatment facility located in the Village of Wellsville, New York. Once all approvals are granted from the DEP and SRBC, we can move forward with the completion of the Brookfield #1 well. I am encouraged to inform you that we have acquired all of the right-of-ways needed in order to construct a pipeline to the Brookfield #1 well so that we can sell the gas once it is completed. Landowners in the area seem to recognize the benefit to all and have been willing to work with us in developing the pipeline system.

The current economic crisis has slowed drilling development plans to some extent. The downturn has reduced demand, resulting in falling prices. Last year's prices were in the $9.00/mcf range, and this year's prices are in the $4.50/mcf range.

Regardless, Victory remains committed to the development of your area and we are moving forward with our development plans which include continued drilling and pipeline construction to fully develop the natural gas reserves in the Troupsburg/Austinburg area. Thank you in advance for your cooperation in working with us to accomplish our mutually beneficial development goals.

Sincerely,

Lynn A. Doverspike
President/Owner

VICTORY ENERGY CORPORATION

220 Airport Road
Indiana, PA 15701

Telephone: (724) 349-6366
Fax: (724) 349-6649

E-Mail: victory@victoryenergycorp.com

December 2, 2008

Patricia Ann Milne
104 Hefner Drive
Webster, New York 14580

RE: Gas Well Royalty Division
Brookfield Unit # 1 well.

Dear Ms. Milne:

Victory Energy Corporation began drilling the Brookfield #1 natural gas well on August 6, 2008. This well is located in Brookfield Township, Tioga County, Pennsylvania. The Commonwealth of Pennsylvania permitted the well to include 320 acres surrounding the well – referred to as the "well unit." The gas well was permitted for drilling to penetrate the Oriskany gas formation, which is located approximately 5,000 feet below the surface. After carefully reviewing the well logs for this well, it was determined that a formation above the Oriskany had greater developmental potential than the Oriskany. Therefore, the decision has been made to complete the Marcellus formation rather than the Oriskany formation.

The Brookfield #1 well will be completed once we receive a water usage permit from the Susquehanna River Basin Commission (SRBC), as required by law for completion of the Marcellus formation. Presently, the average time required to obtain these permits is approximately six (6) months. However, the commission is meeting this month to act upon proposed changes to these permit requirements. We will update you at a later date on the outcome of this meeting and how it will affect the Brookfield # 1 well completion.

In the meantime, a portion of your property has been included in this "well unit." Therefore, upon completion of a successful well, you will be entitled to receive royalty distributions. These distribution's, are based on the proceeds collected from the sale of the gas from the Brookfield #1 well once production begins. Your percentage of the distribution is based upon the proportionate amount of acreage you own in the total "well unit." Please review the attached "well unit" information for further clarification.

Victory Energy Corporation will be drilling additional natural gas wells in the area. In each instance, "well units" will be established. The landowners in each unit will be paid royalty distributions based upon their ownership in the unit.

Thank you for your cooperation in leasing your property with Victory Energy Corporation. We here at Victory are looking forward to a successful well completion and many years of "royalty distributions" from the Brookfield #1 well.

Sincerely,

Lynn A. Dovenspike
President/Owner

Enclosures

VICTORY ENERGY CORPORATION

3-1-42B
03-01.00-0043A
3-2-3A
3-2-7A
3-1-42A
3-1-42
Brookfield 1
03-01.00-041
3-2-3
3-2-7A
3-2-4D
3-2-4E
3-2-8

Brookfield #1

Brookfield 1 Unit (Total 320.00 acres)

Milne / Todd Property that is in Unit (86.72 Acres)

Scale
1"=1000'
MWA 9/3/2008

UNIT OPERATION DESIGNATION

BROOKFIELD UNIT # 1

Between:

Brookfield Properties; Susan Geist; Timothy Shreiner, Etal; Patricia Milne Etal; and Daryl Heller

and

Victory Energy Corporation
220 Airport Road
Indiana, Pennsylvania, 15701

DATE: November 15, 2008
TOWNSHIP: Brookfield
COUNTY: Tioga

UNIT OPERATION DESIGNATION

WHEREAS, Brookfield Properties of 16 East Brubaker Valley Road, Lititz, Pennsylvania, 17543; Susan Geist of 180 North Street, Westfield, Pennsylvania, 16950; Timothy Shreiner, Kerry Lapp, Gingrich Builders and Ricky Esh of 1846 Krystle Drive, Lancaster, Pennsylvania 17602; Patricia Milne of 104 Hefner Drive, Webster, New York 14580 and Russell Todd of 10925 West Sequoia Drive, Sun City, Arizona 85373 ; Daryl Heller of 16 East Brubaker Valley Road, Lititz, Pennsylvania 17543, or their successors in title, whose names are listed in the attached Exhibit "A" as Lessors, have prior to the date hereof, leased certain tracts of land for oil and gas purposes; and

WHEREAS, VICTORY ENERGY CORPORATION, of 220 Airport Road, Indiana, Pennsylvania, 15701, (hereinafter referred to as Lessee), is the owner as Lessee or Assignee of the Oil and Gas Leases covering the tracts of land described in the leases listed on Exhibit "A"; and

WHEREAS, under the provisions of each of the leases listed in Exhibit "A", Lessee has the right and authority to pool and unitize all formations of oil and gas, under all or any part of the land described in said leases with any other lease or leases, land or lands, mineral estates or any of them whether owned by the Lessee or others, so as to create one (1) or more drilling or production units consisting of the combined areas thereof as designated by said Lessee, and

WHEREAS, said leases provide that upon exercising said right and authority there shall be executed and filed for record in the county wherein the leased premises are located, a copy of the Unit Operation Designation

NOW THEREFORE, Lessee has elected to pool and unitize all formations of oil and gas, in and under all or a portion of the leases listed in Exhibit "A", which is attached hereto and made a part hereof, into a drilling or production unit, wherein the leases or portions thereof combined into such a unit are designated by reference to name or title of unit, formation, county and state, lease number, date of lease, name and Lessor of farm, township, recorder's book volume and page, leased acreage, and unitized acreage

IN WITNESS WHEREOF, Lessee has caused the due execution of this instrument as a formal declaration and designation that leases listed and described in the attached Exhibit "A" as to the respective tracts or portions thereof pooled or unitized, and as to the oil and gas in the formations named, are hereby combined, pooled, and unitized, so as to create one (1) drilling or production unit, as such term is used in said leases, the 15th day of November, 2008

## UNIT OPERATION DESIGNATION

## BROOKFIELD UNIT # 1

## EXHIBIT "A"

**ALL FORMATIONS OF OIL AND GAS, BROOKFIELD TOWNSHIP, TIOGA COUNTY, PENNSYLVANIA.**

(Unitized acreage is subject to revision by Lessee to conform to title information and exercise by Lessee of its authority to increase or to decrease the portion of leased acreage included in the unit or to exclude it altogether.)

| LESSOR | RECORDING DATA | LEASED ACREAGE | ACREAGE IN UNIT | PERCENT OF UNIT |
|---|---|---|---|---|
| Brookfield Properties | 0745-0217 | 178.20 | 178.22 | 55.69% |
| Susan Geist | 0766-6261 | 35.50 | 25.90 | 8.09% |
| Timothy Shrecner, Etal | 0768-2950 | 144.07 | 25.16 | 7.86% |
| Patricia Milne<br>Russell Todd | 0766-6800<br>0766-6805 | 106.00 | 86.72 | 27.10% |
| Daryl Heller | 0779-7660 | 4.00 | 4.00 | 1.25% |
| TOTAL ACREAGE IN UNIT: | | | 320.00 | 100.00% |