Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Az 85246
480-899-2036

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | CHAPTER 7 |
|---|---|
| RUSSELL TODD | Case No. 2-10-bk-40990-RTB |
| GERALDINE TODD | **TRUSTEE'S BILL OF SALE** |
| Debtors. | |

Maureen Gaughan, the duly appointed and qualified Chapter 7 Trustee in the above-referenced action, for the sum of $10,000.00, receipt of which is hereby acknowledged, and pursuant to Trustee's Notice of Sale, as filed on the record as docket number 13, does hereby sell at the April 29, 2011 sale, to Kenneth Dorbandt ("Buyer"), the bankruptcy estate's interest pursuant to 11 U.S.C. § 541, in the non-exempt personal property described below.

All of Debtor Russell Todd's one-half right, title and interest in and to All of the oil, gas, coal and other minerals or mineral rights including gas storage rights, whether metallic or non-metallic, in and under lands described herein, with the perpetual right of ingress and regress to and from said land for the purpose of drilling, exploring, storing and mining and in every way operating for such minerals and removing the same, in, on and under lands situated in Tioga County, Pennsylvania, described as follows:

> **All that certain piece, parcel or tract of land situated in the Township of Brookfield, County of Tioga and State of Pennsylvania, bounded and described as follows:**
>
> **Bounded on the North by the public highway;**
>
> **On the East by lands now or formerly of Lulu B. and Dewey W. Miller;**

On the South by lands now or formerly of Giles Thomas and Dorr Thomas;

On the West by lands now or formerly of John and Rea Bush;

Containing 108 acres, more or less.

Being the same parcel and premises conveyed by Gertrude B. Todd and Russell W. Todd, her husband to Otto Bacon and Myrtle Bacon by deed dated April 25, 1960 and recorded in Book 303 at Page 421 in the recorders office of Tioga County, Pennsylvania.

And, being the same parcel and premises conveyed by Russell W. Todd, Individually and as Executor of the Estate of Gertrude B. Todd to Patricia Milne and Russell B. Todd by deed dated May 10, 1992 and recorded in Book 560 at Page 159 in the recorders office of Tioga County, Pennsylvania.

The sale is "as is/where is" without representations or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purpose. Exhibits are for identification only and are not a representation by seller for any purpose as to quantity, description, price or extension.

The sale is effective for all purposes as of May 2, 2011.

DATED this 12 day of May, 2011.

TRUSTEE MAUREEN GAUGHAN

Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Az 85246

COPY of the foregoing mailed this 12 of May, 2011 to:

United States Trustee
230 North First Avenue, Ste 204

C:\Documents and Settings\gaughan\Local Settings\Temporary Internet Files\Content.Outlook\ONFBYP5D\Todd Bill of Sale - KTD Edits.docx

| | |
|---|---|
| 1 | Phoenix AZ  85003-1706 |
| 2 | TODD, RUSSELL B |
|   | TODD, GERALDINE |
| 3 | 10925 W. SEQUOIA DR. |
|   | SUN CITY, AZ  85373 *Debtor* |
| 4 | |
| 5 | Kenneth Dorbandt |
|   | PO Box 6111 |
|   | San Antonio, TX 78209 |
| 6 | Buyer |
| 7 | Novus Operating LLC |
|   | 721 Justin Road Ste 101 |
| 8 | Rockwell, Texas 75087 |
| 9 | Victory Energy Corp |
|   | 220 Airport Road |
| 10 | Indiana, PA  15701 |
| 11 | Novus Operating LLC |
|    | 2963 Ruger Drive |
| 12 | Royse City, Tx 75189 |
| 13 | Judith Metcalf |
|    | 821 Brookfield Road |
| 14 | Westfield PA 16950 |
| 15 | Patricia Milne |
|    | 104 Hefner Drive |
| 16 | Webster, NY  14580 |

C:\Documents and Settings\gaughan\Local Settings\Temporary Internet Files\Content.Outlook\ONFBYP5D\Todd Bill of Sale - KTD Edits.docx

-3-